FILED

DEC 19 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) No. 4:19CR01055 RLW/DDN
TERRY YOUNG, )
Defendant. )

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about November 9, 2019, in St. Louis County, within the Eastern District of Missouri,

**TERRY YOUNG,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and that firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

____________________________
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

____________________________
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney