**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

*Violent Crime Unit*

*J. Christian Goeke*
*Assistant United States Attorney*

*Thomas F. Eagleton U.S. Courthouse*
*111 South 10th Street, Rm. 20.333*
*St. Louis, Missouri 63102*

*Direct: (314) 539-7646*
*Office: (314) 539-2200*
*Fax: (314) 539-3887*

September 30, 2021

VIA ELECTRONIC SERVICE
Felicia Jones
Assistant Federal Public Defender
Attorney for Defendant Terry Young

In re: United States v. Terry Young
Cause No. 4:19CR01055 RLW DDN

Dear Counsel:

Consistent with my continuing duty to disclose, additional discovery is available to be picked up at our office, as follows:

- St. Louis County Justice Center medical records for Defendant (33 pages).

If you need any further specific information regarding the above matters, or any other matters, that will prevent the filing and litigation of any unnecessary pretrial motions, please do not hesitate to call me.

Very truly yours,

SAYLER A. FLEMING
United States Attorney

*/s/ J. Christian Goeke*
BY: J. CHRISTIAN GOEKE
Assistant United States Attorney

Encls.

cc: Clerk, United States District Court (w/o encls.)